ACCEPTED
01-11-00258-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 6:01:45 PM
CHRISTOPHER PRINE
CLERK

## No. 01-11-00258-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/29/2014 6:01:45 PM

CHRISTOPHER A. PRINE
Clerk

————◆————

## No. 1284896

In the 177th District Court
Of Harris County, Texas

————◆————

**JEREMY THOMAS**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————◆————

STATE'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and

38.6(d), moves for an extension of time within which to file its appellate brief.   In

support of its motion, the State submits the following:

1.   Appellant was convicted for the offense of murder and sentenced to life confinement.

2.   Appellant filed written notice of appeal on March 22, 2011.

3.   Appellant filed his brief on November 12, 2014.

4.   The State's reply brief is due on December 12, 2014.

5.   The State seeks an extension until January 31, 2015, to file its brief.

6.   This is the State's first request for an extension in this case.

7.   The following facts are relied upon to show good cause for the requested extension:

     For reasons unknown, this case was not assigned to me until December 19, 2014, a date past the due date.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the following email address via TexFile:

Sarah V. Wood
Assistant Public Defender
Sarah.Wood@pdo.hctx.net

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950

Date:  December 29, 2014

3